**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
Jacob Kaplan

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB KAPLAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MY CREDIT CARE INC,<br><br>Defendant. | Case No.:  8:23-cv-01140-JWH-DFM<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND AWARD OF COSTS**<br><br>*[NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT]*<br><br>Date:       October 18, 2024<br>Time:       9:00 AM<br>Courtroom.:  9D<br><br>Judge: John W. Holcomb |

//
//
//
//
//
//
//
//

**TO DEFENDANT MY CREDIT CARE INC. AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 18, 2024, in Courtroom 9D of the United States Courthouse, located at 411 W. 4th Street, Santa Ana, California 92701-4516, Courtroom 9D, 9th Floor, Plaintiff JACOB KAPLAN ("Plaintiff"), by and through his counsel of record, will move this Court for a Default Judgment and award of Plaintiff's costs against Defendant MY CREDIT CARE, INC. ("Defendant").

This motion is based upon the instant Notice of Motion, the attached Memorandum of Points and Authorities in Support thereof, Declaration of Plaintiff's Counsel, and on all papers and records on file herein. Plaintiff submits on the pleadings and requests no oral argument, unless requested by the Court.

Dated: September 13, 2024

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: *s/ Mona Amini*
MONA AMINI, ESQ.
ATTORNEYS FOR PLAINTIFF

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, California 92626. On September 13, 2024, I served the within document(s):

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AND AWARD OF COSTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND AWARD OF COSTS; DECLARATION OF PLAINTIFF JACOB KAPLAN IN SUPPORT OF PLAINTIFF'S MOTION; DECLARATION OF MONA AMINI IN SUPPORT OF PLAINTIFF'S MOTION; AND [PROPOSED] ORDER**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Costa Mesa, California addressed as set forth below.

*Agent for Service of Process*
*For Defendant My Credit Care Inc:*

**HITU BHAKTA**
**1952 ROANOKE AVENUE**
**TUSTIN, CA 92780-6635**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 13, 2024, at Las Vegas, Nevada.

*s/ Mona Amini*
MONA AMINI