JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB KAPLAN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MY CREDIT CARE, INC.,<br><br>　　　　　Defendant. | Case No. 8:23-cv-01140-JWH-DFM<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Plaintiff's Motion for Default Judgment [ECF No. 21]" entered substantially contemporaneously herewith, and in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a).

2. Plaintiff Jacob Kaplan shall have **JUDGMENT** in his **FAVOR,** and **AGAINST** Defendant My Credit Care Inc., in the amount of **$1,596.74** (which consists of statutory damages in the amount of $1,000.00 and $596.74 in costs).

3. Other than potential post-judgment remedies, to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: February 3, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-